# United States District Court
## Violation Notice

CVB Location Code: **WYNP**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3816898 | D. Olson | 2755 |

3816898

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 8/9/14  11:00PM | 36 CFR 4.21 (c). |

Place of Offense

Norris - Canyon Road Cascade Meadow

Offense Description: Factual Basis for Charge    HAZMAT ☐

Speed Limits: Operate a vehicle at a speed in excess of the speed limit, to wit 65 mph in a 45 mph speed zone 70-41-60

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Adams | Jennifer | A |

| Tag No. | State | Year | Make/Model   PASS ☐ | Color |
|---|---|---|---|---|
| 015 ZNC | CO | 13 | Nissan Altima | BLK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B18-046

$ 100  Forfeiture Amount
+ $25  Processing Fee

PAY THIS AMOUNT → $ 125  Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature  J. Adams

(Rev. 01/2011)    Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

my personal observation    my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident